COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-323-CV

IN RE RAYMOND SPOTH, GEORGE RAY, INC., RELATORS

PSI PARTNERS, LTD., AND PSI GP, LLC AS 

THE GENERAL PARTNER OF PSI PARTNERS, LTD. 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A:  LIVINGSTON, HOLMAN, and WALKER, JJ.

DELIVERED: September 21, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.